THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:13-cv-00042-MR-DLH

| | |
|---|---|
| CHRISTOPHER G. HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| ) | |
| WALTER R. HILLEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On October 1, 2014, the Defendant filed a Motion for Summary Judgment [Doc. 15], along with a memorandum of law in support thereof [Doc. 11]. The brief filed in support of the Defendant's motion, however, fails to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 4 at 5]. Accordingly, the Defendant's Motion and supporting memorandum will be stricken.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Summary Judgment [Doc. 15] and the memorandum of law filed in support thereof [Doc. 11] are hereby **STRICKEN**. The Defendant may file a motion

and brief which comply with the requirements of this Court on or before **October 6, 2014**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge